# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151065

ANDREW SHIRVELL,
   Petitioner-Appellant,

v

            SC: 151065
            COA: 316146
DEPARTMENT OF ATTORNEY GENERAL,  Ingham CC: 12-001089-AA
   Respondent-Appellee,

and

CIVIL SERVICE COMMISSION,
   Appellee.

_____/

   On order of the Court, the application for leave to appeal the January 8, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2015


Clerk

p1215